IN THE UNITED STATES DISTRICT COURT
OF MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH HARRELL | Civil No: 2083<br>3:19-CV-~~&~~ |
| VS. | Judge: ? |
| BARBEAU et al | DATE:<br>01/13/2020 |

FILED
HARRISBURG, PA
JAN 14 2020
Per _AAA_
Deputy Clerk

## MOTION TO APPOINTMENT OF COUNSEL

I Kenneth Harrell (Appellant) an inmate presently confined at the Pennsylvania State Correctional Institution SCI Mahanoy in Frackville Pennsylvania Address 301 Morea Road Frackville, Pa. 17932 (Appellant Harrell is currently taking many different medications for his psychological disorder, which is prescribed by Pennsylvania Department of Corrections for the treatment of Appellant Harrel serious mentally illness. Because (Appellant Harrel) takes High Dosages of Medications He can not

for A Long Periods of Time And Concentrating, is Next To Impossible. (Appellant) Harrel hands shakes to the point that writing in A Legible manner, is also Extremely Difficult.

Due To Appellant Harrel current state, As A Result of The Treatment For A Serious Mental Illness, Great Prejudice.

(Appellant Harrel) Thanks the Court for it's Time, Consideration And Assistance In This Matter.

01/03/2020

Respectfully Submitted

x Kenneth Harrell
x  *Kenneth Harrell* (signature)

Kenneth Harrell / Pa Doc
# LS-1538    SCI Mahanoy
PO Box 33028
ST. Petersburg, Florida. 33733

INMATE MAIL
PA DEPT OF CORRECTIONS

Case 3:19-cv-02083-MEM-DB   Document 10   Filed 01/14/20   Page 3 of 3

RECEIVED
HARRISBURG, PA
JAN 14 2020
PER _____
DEPUTY CLERK

Civil # CV-2083
3:19-CV-2083

(Middle district)
Attn: Anita (Clerk of Co[urt])
228 Walnut Street
Harrisburg, PA 17[1]