UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH HARRELL,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:19-2083 |
| v. : | (JUDGE MANNION) |
| **SGT. BARBEAU, et al.,** : | |
| Defendants : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. 13) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: October 13, 2020
19-2083-01-ORDER